No. 75-6293.   FALCO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 75-6295.   EITEL v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 75-6302.   EDWARDS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 75-6307.   HANSEN v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 75-6309.   ESTREMERA v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 75-6310.   LEAL v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 75-6319.   HURT v. STRICKLAND, CORRECTIONAL SUPERINTENDENT.   Ct. App. D. C.   Certiorari denied.

No. 75-6326.   COE v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 75-6396.   CLODFELTER ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 75-6400.   MARTINEZ v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 75-6423.   ALEXANDER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 75-6427.   TYLER v. SWENSON, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 75-6430.   CARTER v. ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.